RECEIVED
AUG 24 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DON CARLOS WILLIS (#106680) | DOCKET NO. 09-CV-1711; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| WINN CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Preliminary Injunction [Doc. #27] is **DENIED**.

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 23RD day of AUGUST, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE